1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  SHEGERIAN & ASSOCIATES, INC.
   225 Arizona Avenue, Suite 400
3  Santa Monica, California 90401
   Telephone Number: (310) 860-0770
4  Facsimile Number:  (310) 860-0771

5  Attorneys for Plaintiff,
   JULIO GARCIA

6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7    A Limited Liability Partnership
     Including Professional Corporations
8  TRACEY A. KENNEDY, Cal. Bar No. 150782
   tkennedy@sheppardmullin.com
9  ROBERT MUSSIG, Cal. Bar No. 240369
   rmussig@sheppardmullin.com
10 333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
11 Telephone:   213-620-1780
   Facsimile:    213-620-1398
12
   Attorneys for Defendants
13 WASTE MANAGEMENT, INC., WASTE MANAGEMENT
   OF CALIFORNIA, INC., WASTE MANAGEMENT
14 RESOURCES, INC. and GI INDUSTRIES

JS-6

# UNITED STATES OF DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GARCIA, | Case No. 2:13 CV-05557-R-PJW |
| Plaintiff, | **The Hon. Manuel L. Real** |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., WASTE MANAGEMENT RESOURCES, INC. and GI INDUSTRIES, | |
| Defendants. | |

1    The Court, having read and considered the Stipulation for Dismissal With Prejudice
2    filed by Plaintiff Julio Garcia ("Plaintiff") and Defendants Waste Management, Inc., Waste
3    Management of California, Inc., Waste Management Resources, Inc., and GI Industries, and
4    good cause appearing therefore,

6    **IT IS SO ORDERED** that all claims for relief asserted by Plaintiff against
7    Defendants in this action are hereby dismissed with prejudice, with each party bearing
8    his/its own attorneys' fees and costs.

10   Dated: OCT. 15, 2013

13                By  _____
14                     HONORABLE MANUEL L. REAL
15                     UNITED STATES DISTRICT COURT JUDGE